# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LAURA HITCHCOCK, | |
| Plaintiff(s), | 2:05-cv-0749-RLH-GWF |
| vs. | **O R D E R** |
| JO ANNE BARNHART, Commissioner, Social Security Administration, | |
| Defendant(s). | |

Before this Court is the Amended Findings and Recommendation of United States Magistrate Judge (#15, filed February 22, 2007), entered by the Honorable George W. Foley regarding Plaintiff's Motion for Reversal of Commissioner's Decision (#9) and Defendant's Cross-Motion for Affirmance of Commissioner's Decision (#13). Objections (#16) were filed to Magistrate Judge Foley's Report [Findings] and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. The Defendant filed an Opposition (#17) thereto, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Amended Findings and Recommendation of Magistrate Judge Foley should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge's Amended Findings and Recommendation (#15) is AFFIRMED and ADOPTED, and the Commissioner's Decision is

1  AFFIRMED; Plaintiff's Motion for Reversal of Commissioner's Decision(#9) is DENIED and the
2  Defendant's Cross-Motion for Affirmance of the Commissioner's Decision (#13) is GRANTED.
3  Dated:   March 6, 2007.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**